Revised 7/2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: Kenneth L. Phillips and
Mary Ann M. Phillips

Case No. 05-78493
Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Anisha Blodgett, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $ 7,440.49, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for Kenneth L. Phillips.

The applicant further states that:

1. (Indicate one of the following)

   ____ Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

   ____ Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

   [✓] Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

**Application for Payment of Unclaimed Funds**

Respectfully submitted this 13 day of August 2024

Anisha Blodgett
_____
Name of Applicant

_____
Signature of Applicant

Anisha Blodgett
_____
Name and Title of Applicant

d.b.a Second Wind Fund Recovery
_____
Company Name

2045 India Street
_____
Street Address

San Diego, CA
_____
City and State

619-770-9340
_____
Telephone number

_____
Tax Identification

XXX-XX- 6878
_____
Last 4 digits of Social Security Number

N/A
_____
Claim Number, if applicable

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Kenneth L. Phillips and
Mary Ann M. Phillips

Case No. 05-78493
Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Anisha Blodgett

the sum of seven thousand four hundred and forty dollars and forty nine cents dollars ($ 7,440.49 ) of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re:  Kenneth L. Phillips and
Mary Ann M. Phillips

Case No. 05-78493

Chapter 7

# AFFIDAVIT OF CLAIMANT

I, Anisha Blodgett_____, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address:  2045 India Street

San Diego, CA

92101

Phone number:  619-770-9340

Social security number XXX-XX- 6878          **Last 4 digits**

If claimant is a corporation, the federal tax ID number _____

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 8/12/2024

Signature of Claimant

Sworn to and Subscribed before me this
12 day of August 20 24

NOTARY PUBLIC AT LARGE
STATE OF California

CARLY JOHNSON
Commission No. 2434227
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 14, 2027

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Kenneth L. Phillips and
Mary Ann M. Phillips

Case No. 05-78493

Chapter 7

PROOF OF SERVICE OF
APPLICATION FOR PAYMENT FROM
UNCLAIMED FUNDS

I, the undersigned, hereby certify that on the __14__ day of __August__ 20__24__, a copy of the Application for Payment From Unclaimed Funds by _____

Anisha Blodgett _____ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: __8/14/2024__          By: _____